Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARNE GRISHAM, d/b/a ABEARE ) PHOTOGRAPHY, )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>DANNY SEAVEY, MITCH )<br>SEAVEY and JANINE SEAVEY, )<br>and SEAVEY'S IDITARIDE )<br>SLED DOG TOURS, INC. )<br>Defendants )<br>_____ ) | Case No. 3:06-CV-00111 TMB |

### COMPLAINT

1. This is an action at law to address damages for unauthorized use of copyrighted images without payment or compensation.

2. Plaintiff Arne Grisham doing business as Abeare Photography (hereinafter "Grisham") is a resident of the State of Alaska, doing photography business and residing in the Third Judicial District at or near Kenai, Alaska.

3. Defendants Danny Seavey, Mitch Seavey, Janine Seavey and Seavey's Iditaride Sled Dog Tours are doing business as a corporation in the State of Alaska in the Third Judicial District at or near Seward, Alaska.

Complaint
Arne Grisham v. Danny Seavey, et al.
Case No.

Page 1 of 3

4. Plaintiff Grisham provided a CD portfolio of pictures for Defendants to review for possible commercial use to promote Defendants' sled dog tours and dog sled racing business pending further agreement.

5. Plaintiff Grisham billed the Defendants in March 2005, April 2005, May 2005 and part of June 2005, to which the Defendants have not paid.

6. Defendants use the photos on a business Internet web site without authorization or approval.

7. Defendants have never paid for these photographs have been billed a total of $22,300 for the commercial use of these photographs.

## COUNT I

8. Plaintiff Grisham incorporates by references ¶ 1 - 7 above and reiterates them into all Counts below.

9. Defendants breached their agreement to review the photos and used said images outside of any license they had or may have had had.

## COUNT II

10. Defendants infringed the copyrights of Plaintiff Grisham.

## COUNT III

11. Defendants claim copyright ownership of said images in Defendant Iditaride Sled dog Tours, Inc. despite the fact that no written copyright agreement has been executed as required by federal law.

12. Defendants also claim to have permission to use said copyright photos.

Complaint
Arne Grisham v. Danny Seavey, et al.
Case No.

Page 2 of 3

13. The District Court of the State of Alaska at Kenai, District Judge David Landry has ruled that this matter is within the exclusive jurisdiction of the Federal Courts.

## DEMAND FOR RELIEF

Plaintiff requests that he be awarded:

(1) At least $22,300 compensatory damages;

(2) Punitive damages in an amount according to proof at trial;

(3) Reasonable attorney's fees and costs to suit;

(4) Pre-and post-judgment interest at the maximum allowed by law;

(5) An injunction banning Defendants' from using the said images in the future; and

(6) Such other and further relief as the Court deems just and proper.

Date: May 5, 2006

Respectfully submitted:

_(signature)_

Mark D. Osterman
Alaska Bar No. 0211064
Hatton G. Greer
Alaska Bar No. 0311057
Attorneys for Plaintiff

Complaint
Arne Grisham v. Danny Seavey, et al.
Case No.

Page 3 of 3