Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARNE GRISHAM, d/b/a ABEARE )<br>PHOTOGRAPHY,                )<br>    Plaintiff,                      )<br>                                       )<br>vs.                                   )<br>                                       )<br>DANNY SEAVEY, MITCH   )<br> SEAVEY and JANINE SEAVEY, )<br>and SEAVEY'S IDITARIDE   )<br>SLED DOG TOURS, INC.      )<br>    Defendants                  )<br>_____) | Case No. |

### DEMAND FOR JURY TRIAL

Comes the Plaintiff and hereby asks that this matter be heard before a Jury.

Date: May 8, 2006          Respectfully submitted:

_____
Mark D. Osterman
Alaska Bar No. 0211064
Hatton G. Greer
Alaska Bar No. 0311057
Attorneys for Plaintiff

Jury Deman
Arne Grisham v. Danny Seavey, et al.
Case No.

Page 1 of 1