Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, Alaska 99501

907-276-1592 (Telephone)
907-277-4352 (Fax)

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARNE GRISHAM, dba ABEARE PHOTGRAPHY, ) ) ) Plaintiff, ) ) vs. ) ) DANNY SEAVEY, MITCH SEAVEY And JANINE SEAVEY, ) And SEAVEY'S IDITARIDE SLED DOG TOURS, INC. ) ) ) Defendants. ) ) ) | Case No. 3:06-CV-00111-TMB |

**NOTICE REGARDING FAILURE OF SERVICE**

On May 17, 2005, the attached summons (Ex. 1) addressed to "Seavey's Iditaride Sled Dog Tours, Inc." in Sterling, Alaska, was served on Danny Seavey in Seward, Alaska. There is no corporation or other entity in Alaska, and upon information and belief, none elsewhere, named "Seavey's Iditaride Sled Dog Tours, Inc." In light of the fact that the plaintiff and his counsel have repeatedly been advised, by affidavit and otherwise, of all corporations and other business entities

NOTICE REGARDING FAILURE OF SERVICE
Page 1 of 2
Case No. 3:06-CV-00111 TMB

with which Danny Seavey and each of the other named defendants are affiliated, Mr. Seavey is forced to conclude that the plaintiff is once again attempting to serve and litigate against a non-existent entity. Accordingly, Mr. Seavey hereby gives notice that no service on any corporation entitled "Seavey's Iditaride Sled Dog Tours, Inc." has been effected by delivery of a summons to him.

DATED at Anchorage, Alaska, this 18th day of May, 2006.

HARTIG RHODES HOGE & LEKISCH, P.C.
Counsel for Danny Seavey

By: _____
Sean Halloran

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true
and exact copy of the foregoing was served
on the below-identified attorney
of record via **1st Class Mail**
on the 18th day of May, 2006:

Mark D. Osterman
Mark D. Osterman Law Office P.C.
215 Fidalgo St., Suite 106
Kenai, AK 99611

_____
Hartig Rhodes Hoge & Lekisch,P.C.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_DISTRICT COURT_    District of    _ALASKA_

ARNE GRISHAM
d/b/a ABEARE
Photography

v.

Danny Seavey,
Mitch Seavey and
JANINE SEAVEY
and SEAVEY's
IDITARIDE SLED
DOG TOURS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:06-CV-00111-TMB

TO: (Name and address of Defendant)

SEAVEY's IDITARIDE SLED Dog Tours, Inc
38250 Montana St.
Sterling, AK 99672

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark D. Osterman

Osterman Law Office, P.C.
215 Fidalgo, Ste 106
Kenai, AK 99611

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with
the Clerk of this Court within a reasonable period of time after service.

Ida Romack
CLERK

(By) DEPUTY CLERK

DATE   May 12, 2006

EXHIBIT   1
Page   1   of   1