Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, Alaska 99501

907-276-1592 (Telephone)
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 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARNE GRISHAM, dba ABEARE PHOTGRAPHY,<br><br>    Plaintiff,<br><br>vs.<br><br>DANNY SEAVEY, MITCH SEAVEY And JANINE SEAVEY, And SEAVEY'S IDITARIDE SLED DOG TOURS, INC.<br><br>    Defendants. | Case No. 3:06-CV-00111-TMB |

## MOTION TO DISMISS FOR LACK OF JURISDICTION

Danny Seavey, Janine Seavey and Mitch Seavey move the court to dismiss this case for lack of subject matter jurisdiction.

This case is solely concerned with an alleged copyright infringement of a "portfolio of pictures" that were published electronically on "a business internet web site". [Complaint at ¶¶ 1, 4, 6.] Pursuant to statute, therefore, Mr. Grisham is prohibited from bringing his claim before

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

this court unless he has first registered the copyright that he intends to enforce.[1] [17 U.S.C. § 411(a).] Not only has Mr. Grisham not alleged that he obtained a certificate of copyright registration prior to filing suit, but, in fact, Mr. Grisham has not ever registered any copyright. [Halloran Affidavit.] Accordingly, this court lacks subject matter jurisdiction and must dismiss the complaint. Strategy Source, Inc. v. Lee, 233 F.Supp.2d 1(D.DC 2002); In re: world Aux. Power Co. 303 F 3d., 1120, 1125, (9th Cir. 2002); Kodadek V. MTV Networks, 152 F. 3d, 1209, 1211 (9th Cir. 1998).

DATED at Anchorage, Alaska, this 30th day of May, 2006.

HARTIG RHODES HOGE & LEKISCH, P.C.
Counsel for Mitch, Janine and Danny Seavey

By: _____
Sean Halloran

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

---

[1] This litigation does not involve any claim for infringement of a signed single photographic image prepared exclusively for exhibition purposes, nor does it concern a limited edition of signed and numbered photographs. [See 17 U.S.C. § 101 at "work of visual art". (Note also that electronically published material is expressly excluded by definition from "work of visual art".)] Accordingly, this litigation is not authorized by the exception set forth in 17 U.S.C. § 411(a) for works encompassed by 17 U.S.C. § 106A(a).

MOTION TO DISMISS FOR LACK OF JURISDICTION
Grisham v. Seavey, et al. 3:06-CV-0111                                                      Page 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and exact copy of the foregoing was served on the below-identified attorney of record via **1st Class Mail** on the 30th day of May, 2006:

Mark D. Osterman
Mark D. Osterman Law Office P.C.
215 Fidalgo St., Suite 106
Kenai, AK 99611

Deanna DeMaagd

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352