Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, Alaska  99501

907-276-1592 (Telephone)
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 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARNE GRISHAM, dba ABEARE PHOTGRAPHY,<br><br>          Plaintiff,<br><br>vs.<br><br>DANNY SEAVEY, MITCH SEAVEY And JANINE SEAVEY, And SEAVEY'S IDITARIDE SLED DOG TOURS, INC.<br><br>          Defendants. | Case No. 3:06-CV-00111-TMB |

### PROPOSED ORDER DISMISSING CASE

Danny Seavey, Janine Seavey, and Mitch Seavey moved the court to dismiss this case for lack of subject matter jurisdiction. In accordance with 17 U.S.C. § 411, that motion is GRANTED, and this case is hereby dismissed

Dated this _____ day of _____, 2006.


_____
Timothy M. Burgess
U.S. District Court Judge

ORDER DISMISSING CASE
Grisham v. Seavey NO. 3:06-CV-0111 TMB                                    Page 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and exact copy of the foregoing was served on the below-identified attorney of record via **1st Class Mail** on the 30th day of May, 2006:

Mark D. Osterman
Mark D. Osterman Law Office P.C.
215 Fidalgo St., Suite 106
Kenai, AK 99611

*[signature]*
Hartig Rhodes Hoge & Lekisch, P.C.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352