Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, Alaska 99501

907-276-1592 (Telephone)
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 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARNE GRISHAM, dba ABEARE PHOTGRAPHY,<br><br>Plaintiff,<br><br>vs.<br><br>DANNY SEAVEY, MITCH SEAVEY And JANINE SEAVEY, And SEAVEY'S IDITARIDE SLED DOG TOURS, INC.<br><br>Defendants. | Case No. 3:06-CV-00111-TMB |

Third Judicial District   )
                          ) ss
State of Alaska           )

## AFFIDAVIT OF SEAN HALLORAN

I, Sean Halloran, being first duly sworn, depose and aver as follows:

1. I am an attorney in the law firm of Hartig Rhodes Hoge & Lekisch, P.C. My firm has been retained by Mitch Seavey, Janine Seavey, and Danny

AFFIDAVIT OF SEAN HALLORAN
Grisham v. Seavey No. 3:06-CV-0111 TMB                                                    Page 1

Seavey, defendants in the above captioned case, to represent them. I have personal knowledge of and am competent to testify to all facts set forth in this affidavit.

2. I searched the records of the U.S. Copyright Office on May 30, 2006 for evidence of any copyright registered to plaintiff Arne Grisham, individually and/or doing business as Abeare Photography. [See attached Exhibit 1.] That search revealed that no copyright of any photographs or other material of any type has been registered to Mr. Grisham.

3. I am aware that copies of all material registered with the U.S. Copyright Office are deposited into the collection of the Library of Congress. Accordingly, I searched the Library of Congress Online Catalog for any and all material authored or created by either Mr. Grisham or Abeare Photography. My search of the Library of Congress Online Catalog revealed that the Library has no photographs or other materials in its collection authored or created by Mr. Grisham or Abeare Photography.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Sean Halloran

SUBSCRIBED AND SWORN to before me this 30th day of May, 2006.

_____
NOTARY PUBLIC FOR ALASKA
My commission expires: 1-1-10

HARTIG RHODES HOGE & LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

AFFIDAVIT OF SEAN HALLORAN
Grisham v. Seavey No. 3:06-CV-0111 TMB                                                          Page 2



# Search Records Results

Registered Works Database (Author Search)
**Search For: ABEARE**

Check one or more terms, select the type of output display, and then click Submit:

- ☐ ABEAR, ELMER M., 1937- (1 item)
- ☐ ABEAR, PAMELA RILEY (1 item)
- ☐ ABEARE, CHRISTOPHER, 1975- (2 items)
- ☐ ABEBE, DANIEL (2 items)
- ☐ ABEBE, ERMIAS (1 item)
- ☐ ABEBE, ESHETU, 1940- (1 item)
- ☐ ABEBE, FISSEHA, 1954- (1 item)
- ☐ ABEBE, HENOK (1 item)
- ☐ ABEBE, JUKEY (1 item)
- ☐ ABEBE, MOKHAI, 1947- (5 items)
- ☐ ABEBE, MULUGETA SEMEWORK, 1971- (1 item)
- ☐ ABEBE, SALELESH (1 item)

**Select type of output display:**
- ⦿ Brief (Summary) Display
- ○ Full-Record Display

[Submit]

[More Items]

[Conduct Another Search]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

EXHIBIT __1__
Page __1__ of __10__


Search Records Results

Registered Works Database (Author Search)
**Search For: GRISHAM**

Check one or more terms, select the type of output display, and then click Submit:

☐ GRISH, SHARON L., 1956- (3 items)
☐ GRISH, XOMALIN G. PERALTA (1 item)
☐ GRISHAM (4 items)
☐ GRISHAM FILMS, LTD (1 item)
☐ GRISHAM-BROWN, JENNIFER LEE (1 item)
☐ GRISHAM-THOMPSON, RITA, 1959- (1 item)
☐ GRISHAM, ANTHONY M., 1965- (2 items)
☐ GRISHAM, ANTHONY MACRANDLE, 1965- (3 items)
☐ GRISHAM, ARNOLD T., 1946- (1 item)
☐ GRISHAM, AUTRY (3 items)
☐ GRISHAM, BETTY, 1948- (1 item)
☐ GRISHAM, BEVERLY FRAZIER, 1953- (1 item)

**Select type of output display:**
⦿ Brief (Summary) Display
◯ Full-Record Display

[Submit]

[More Items]

[Conduct Another Search]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

EXHIBIT  1
Page  2  of  10

 Search Records Results

Registered Works Database (Author Search)
**Search For:** GRISHAM
Items 1 - 4 of 4
For a list of commonly used abbreviations that appear in the catalog record, click here.

Conduct Another Search

| | |
|---|---|
| 1. Registration Number: | TX-3-899-393 |
| Title: | Test bank for Biochemistry [by] aGarrett and aGrisham / William M. Scovell. |
| Description: | 340 p. |
| Claimant: | acHarcourt Brace & Company (employer for hire) |
| Created: | 1994 |
| Published: | 9Sep94 |
| Registered: | 5Oct94 |
| Special Codes: | 1/B |
| | |
| 2. Registration Number: | TX-4-263-993 |
| Title: | Study guide and problems book for Biochemistry, [by] aGarrett and aGrisham / David K. Jemiolo. |
| Edition: | Updated version. |
| Imprint: | Philadelphia : Harcourt Brace College Publishers, c1996. |
| Description: | 471 p. |
| Claimant: | acHarcourt Brace and Company, employer for hire |
| Created: | 1995 |
| Published: | 28Nov95 |
| Registered: | 22Mar96 |
| Title on © Application: | Biochemistry: study guide and problems book. |
| Previous Related Version: | Prev. reg. 1994, TX 3-908-173. |
| Claim Limit: | NEW MATTER: additional text. |
| Special Codes: | 1/B |
| | |
| 3. Registration Number: | TX-4-899-381 |
| Title: | Test bank to accompany Garrett & Grisham Biochemistry, second edition / Charles E. Matz. |
| Description: | 238 p. |
| Claimant: | acHarcourt Brace & Company (employer for hire) |
| Created: | 1998 |
| Published: | 21Oct98 |
| Registered: | 27Nov98 |
| Previous Related Version: | Prev. reg. 1994, TX 3-899-393. |
| Claim Limit: | NEW MATTER: revisions & additions. |
| Special Codes: | 1/B |

EXHIBIT 1
Page 3 of 10

| | |
|---|---|
| 4. Registration Number: | TX-6-073-565 |
| Title: | Test bank for Garrett and Grisham's biochemistry / Larry Jackson. |
| Edition: | 3rd ed. |
| Imprint: | Belmont, CA : Brooks/Cole, c2005. |
| Description: | 299 p. |
| Claimant: | Brooks/Cole Publishing Company (Thomson Learning, Inc. Brooks/Cole Publishing Company) |
| Created: | 2004 |
| Published: | 11May04 |
| Registered: | 15Nov04 |
| Previous Related Version: | Prev. reg. |
| Claim Limit: | NEW MATTER: additions. |
| Special Codes: | 1/B/D |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

EXHIBIT  1
Page  4  of  10

 Search Records Results

Registered Works Database (Author Search)
**Search For:** GRISHAM, ARNOLD T., 1946-
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TXu-907-488 |
| Title: | Eight things that I've learned along the way enjoying the journey. |
| Description: | 26 p. |
| Claimant: | acArnold T. Grisham , 1946- |
| Created: | 1996 |
| Registered: | 25Jun99 |
| Special Codes: | 1/B |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

EXHIBIT 1
Page 5 of 10

The Library of Congress    >> Go to Library of Congress Authorities

 

# LIBRARY OF CONGRESS ONLINE CATALOG

[Help] [New Search] [Search History] [Headings List] [Titles List] [Request an Item] [Account Status] [Other Databases] [Start Over]

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Browse = grisham
**SEARCH RESULTS:** Displaying 1 through 25 of 25.

◀ Previous    Next ▶

| # | Hits | Headings (Select to View Titles) | Type of Heading |
|---|---|---|---|
| [ 1 ] | 5 | Grishaev, P. I. (Pavel Ivanovich) | personal name |
| [MORE INFO] [ 2 ] | 1 | Grishaev, Pavel Ivanovich. | personal name |
| [ 3 ] | 8 | Grishaev, Pavel Ivanovich, [from old catalog] | personal name |
| [ 4 ] | 7 | Grishaev, S. P. | personal name |
| [ 5 ] | 1 | Grishaev, S. V. (Sergeĭ Vasilʹevich) | personal name |
| [MORE INFO] [ 6 ] | 1 | Grishaev, Sergeĭ Pavlovich. | personal name |
| [MORE INFO] 7 | 0 | Grishaev, Sergeĭ Vasilʹevich | personal name |
| [ 8 ] | 1 | Grishaev, V. I. [from old catalog] | personal name |
| [ 9 ] | 1 | Grishaev, V. I. (Vasiliĭ Iosifovich) | personal name |
| [ 10 ] | 4 | Grishaev, V. V. (Vasiliĭ Vasilʹevich) | personal name |
| [ 11 ] | 6 | Grishaev, V. (Vasiliĭ) | personal name |
| [ 12 ] | 1 | Grishaev, Vadiliĭ Nikitich. [from old catalog] | personal name |
| [ 13 ] | 1 | Grishaev, Vasiliĭ | personal name |
| [MORE INFO] 14 | 0 | Grishaev, Vasiliĭ Fedorovich | personal name |
| [ 15 ] | 1 | Grishaev, Vasiliĭ Nikitich. | personal name |
| [ 16 ] | 2 | Grishaev, Vasiliĭ Nikitich, [from old catalog] | personal name |
| [MORE INFO] [ 17 ] | 2 | Grishaev, Vasiliĭ Vasilʹevich. | personal name |
| [ 18 ] | 1 | Grishaeva, Galina Konstantinovna. [from old catalog] | personal name |
| [ 19 ] | 7 | Grishaeva, L. I. | personal name |
| [MORE INFO] 20 | 0 | Grishaeva, Li?u?dmila Ivanovna | personal name |
| [MORE INFO] 21 | 0 | Grishaeva, Lyudmila | personal name |
| [ 22 ] | 2 | Grishakov, G. I. [from old catalog] | personal name |
| [ 23 ] | 2 | Grishakov, G. V. | personal name |
| [ 24 ] | 1 | Grishakov, S. V. (Stanislav Valerievich) | personal name |

EXHIBIT  1
Page  6  of  10

The Library of Congress   >> Go to Library of Congress Authorities

 

# LIBRARY OF CONGRESS ONLINE CATALOG

Help | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Browse = grisham
**SEARCH RESULTS:** Displaying 1 through 25 of 25.

◀ Previous   Next ▶

| # | Hits | Headings (Select to View Titles) | Type of Heading |
|---|---|---|---|
| [ 1 ] | 1 | Grisham, Bertha Pryor, 1884- [from old catalog] | personal name |
| [ 2 ] | 1 | Grisham-Brown, Jennifer | personal name |
| [ 3 ] | 5 | Grisham, Charles M. | personal name |
| [ 4 ] | 1 | Grisham, Dana L., 1945- | personal name |
| [ 5 ] | 1 | Grisham, Edith P. | personal name |
| [ 6 ] | 2 | Grisham, J. David | personal name |
| [ 7 ] | 2 | Grisham, Jack, 1961- | personal name |
| [ 8 ] | 1 | Grisham, Jim. | personal name |
| [ 9 ] | 1 | Grisham, Joe W. | personal name |
| [ 10 ] | 31 | Grisham, John | personal name |
| [ 11 ] | 1 | Grisham, Matthew B. | personal name |
| [ 12 ] | 4 | Grisham, Noel. | personal name |
| [ 13 ] | 1 | Grisham, Peter H. [from old catalog] | personal name |
| [ 14 ] | 4 | Grisham, Roy A. | personal name |
| [MORE INFO] 15 | 0 | Grisham, Susan Riddick- | personal name |
| [ 16 ] | 2 | Grisham, Vaughn L. 1937- | personal name |
| [ 17 ] | 1 | Grisham, Violet | personal name |
| [ 18 ] | 1 | Grishanin, K. V. | personal name |
| [ 19 ] | 1 | Grishanin, Kiriĭ Vladimirovich, [from old catalog] | personal name |
| [ 20 ] | 1 | Grishanin, Kirill Vladimirovich. | personal name |
| [ 21 ] | 3 | Grishanin, Kirill Vladimirovich. [from old catalog] | personal name |
| [ 22 ] | 1 | Grishanin, P. I. | personal name |
| [ 23 ] | 2 | Grishanin, V. [from old catalog] | personal name |
| [ 24 ] | 1 | Grishanina, E. B. (Elena Borisovna) | personal name |
| [MORE INFO] 25 | 0 | Grishanina, Elena Borisovna | personal name |

◀ Previous   Next ▶

EXHIBIT 1
Page 7 of 10

The Library of Congress    >> Go to Library of Congress Authorities

 LIBRARY OF CONGRESS ONLINE CATALOG 

[ Help ] [ New Search ] [ Search History ] [ Headings List ] [ Titles List ] [ Request an Item ] [ Account Status ] [ Other Databases ] [ Start Over ]

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Browse = abeare
**SEARCH RESULTS:** Displaying 1 through 25 of 25.

◀ Previous    Next ▶

| # | Hits | Headings (Select to View Titles) | Type of Heading |
|---|---|---|---|
| [ 1 ] | 2 | Abe, Yōsuke, 1938- | personal name |
| [ 2 ] | 1 | Abe, Yotō, fl. 1855 | personal name |
| [ 3 ] | 1 | Abe, Yuji, | personal name |
| [ 4 ] | 1 | Abe, Yukie, 1923- [from old catalog] | personal name |
| [ 5 ] | 1 | Abe, Yukihiro, 1942- | personal name |
| [ 6 ] | 1 | Abe, Yukihiro, 1942- [from old catalog] | personal name |
| [ 7 ] | 2 | Abe, Yukiko, 1931- | personal name |
| [ 8 ] | 4 | Abe, Yukio | personal name |
| [ 9 ] | 3 | Abe, Yukio, 1919- [from old catalog] | personal name |
| [ 10 ] | 4 | Abe, Yukio, 1929- | personal name |
| [ 11 ] | 2 | Abe, Yukio, 1929- [from old catalog] | personal name |
| [ 12 ] | 2 | Abe, Yukio, [from old catalog] | personal name |
| [ 13 ] | 1 | Abe, Yukitaka, 1955- | personal name |
| [ 14 ] | 6 | Abe, Yutaka, 1886- | personal name |
| [ 15 ] | 7 | Abe, Yutaka, 1886- [from old catalog] | personal name |
| [ 16 ] | 1 | Abe, Yutaka. [from old catalog] | personal name |
| [ 17 ] | 1 | Abe, Yūzō, 1931- [from old catalog] | personal name |
| [ 18 ] | 1 | Abe, Zenzaburō. [from old catalog] | personal name |
| [ 19 ] | 1 | Abe, Zenzō, 1810-1867 | personal name |
| [ 20 ] | 1 | Abe, Zuiken | personal name |
| [ MORE INFO ] 21 | 0 | ABEA | corporate name |
| [ 22 ] | 2 | Abeal Pereira, Cristina | personal name |
| [ 23 ] | 1 | A'Bear, D. R. | personal name |
| [ MORE INFO ] 24 | 0 | A'Bear, David | personal name |
| [ MORE INFO ] 25 | 0 | Abear Miñoza, Aurora, 1923- | personal name |

◀ Previous    Next ▶

EXHIBIT __1__
Page __8__ of __10__

The Library of Congress                                >> Go to Library of Congress Authorities

  LIBRARY OF CONGRESS ONLINE CATALOG 

[Help] [New Search] [Search History] [Headings List] [Titles List] [Request an Item] [Account Status] [Other Databases] [Start Over]

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Browse = abeare
**SEARCH RESULTS:** Displaying 1 through 25 of 25.

◀ Previous   Next ▶

| # | Hits | Headings (Select to View Titles) | Type of Heading |
|---|---|---|---|
| [MORE INFO] 1 | 0 | ABEAS | corporate name |
| [MORE INFO] 2 | 0 | Abeasis, S. (Silvana) | personal name |
| [ 3 ] | 1 | Abeasis, Silvana | personal name |
| [ 4 ] | 1 | Abeba, A. Aris | personal name |
| [MORE INFO] 5 | 0 | Abeba, Aris | personal name |
| [ 6 ] | 3 | Abeba Desta. | personal name |
| [ 7 ] | 4 | Abeba Gobezie | personal name |
| [ 8 ] | 2 | Abeba Haile. | personal name |
| [ 9 ] | 1 | Abeba Tesfagiorgis | personal name |
| [MORE INFO] 10 | 0 | Abebayehu Tegene | personal name |
| [MORE INFO] 11 | 0 | Abebbé, Berhanou | personal name |
| [ 12 ] | 1 | Abebe Alaro Adaye. | personal name |
| [MORE INFO] 13 | 0 | Abebe, Almaz | personal name |
| [MORE INFO] 14 | 0 | Abebe Amde | personal name |
| [MORE INFO] 15 | 0 | Abebe Ayicheh | personal name |
| [MORE INFO] 16 | 0 | Abebe, Berhanou | personal name |
| [MORE INFO] 17 | 0 | Abébé, Berhanu | personal name |
| [ 18 ] | 1 | Abebe Brehanu. | personal name |
| [ 19 ] | 1 | Abebe, C. E. | personal name |
| [MORE INFO] 20 | 0 | Abebe, Chris | personal name |
| [MORE INFO] 21 | 0 | Abebe, Christopher Ebhodaghe | personal name |
| [ 22 ] | 2 | Abebe, Daniel. | personal name |

EXHIBIT __1__
Page __9__ of __10__

| | | | |
|---|---|---|---|
| [MORE INFO] 23 | 0 | Abebe, Dawit | personal name |
| [ 24 ] | 1 | Abebe, E. (Eyualem) | personal name |
| [MORE INFO] 25 | 0 | Abebe, Eyualem | personal name |

◀ Previous   Next ▶

Help - Search - History - Headings - Titles - Request - Account - Databases - Exit



**The Library of Congress**
URL:
http://www.loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
URL: http://catalog.loc.gov/
**Library of Congress Authorities**
URL:
http://authorities.loc.gov/

EXHIBIT ___1___
Page ___10___ of ___10___

CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and exact copy of the foregoing was served on the below-identified attorney of record via **1st Class Mail** on the 30th day of May, 2006:

*[signature]*

Hartig Rhodes Hoge & Lekisch, P.C.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

AFFIDAVIT OF SEAN HALLORAN
Grisham v. Seavey No. 3:06-CV-0111 TMB

Page 3