Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

RECEIVED
JUN 1 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARNE GRISHAM, d/b/a ABEARE PHOTOGRAPHY,<br>    Plaintiff,<br><br>vs.<br><br>DANNY SEAVEY, MITCH SEAVEY and JANINE SEAVEY, d/b/a SEAVEY'S IDITARIDE SLED DOG TOURS, INC.<br>    Defendants | Case No. 3:06-CV-00111-TMB |

## NON-OPPOSITION TO MOTION TO DISMISS

Comes now the Plaintiff Arne Grisham, doing business as Abeare Photography by and through his attorneys, Osterman Law Office and hereby Non-Opposes Defendants' Motion to Dismiss for Lack of Jurisdiction. Defendant is correct that registration is required prior to filing a Complaint and this was not done in this case.

However it should be noted that this Dismissal for Lack of Jurisdiction should be without prejudice to the jurisdictional defect being cured. See for example *Campbell v. Nowlin*, in which the court notes that it is permissible to grant leave to amend the complaint once the approval registrations are received rather than dismiss the complaint and require re-filing. 1993 U.S.

Non-Opposition to Motion to Dismiss                                            Page 1 of 2
<u>Arne Grisham v. Danny Seavey, et al.</u>
Case No. 3KN-05-488 CI

District Lexis 7782 (S.D.N.Y. 1993). Clearly by contemplating re-filing, the court was looking at a dismissal without prejudice. This is backed up by other cases. See for example *Tooker v. Copley*, 1987 U.S. District Lexis 14910 (S.D.N.Y. 1987), see also *Denenberg v. Berman*, 2002 U.S. District Lexis 20490 (D. Neb. 2002).

In addition, no attorney's fees or costs should be assessed in this case because Defendants have continually stated that jurisdiction was proper in the federal court. See *Reply to Opposition to Motion to Dismiss*. Defendants should be estopped from profiting from their own misstatements when Plaintiff has continually tried to keep this Action where it belongs, i.e. in state courts.

Date: 6/13/06

Respectfully submitted:

*[signature]*

Mark D. Osterman
Alaska Bar No. 0211064
Hatton G. Greer
Alaska Bar No. 0311057
Attorneys for Plaintiff

Non-Opposition to Motion to Dismiss
Arne Grisham v. Danny Seavey, et al.
Case No. 3KN-05-488 CI

Page 2 of 2