Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

**RECEIVED**

JUN 1 4 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ARNE GRISHAM, d/b/a ABEARE )
  PHOTOGRAPHY, )
     Plaintiff, )
      )
      )
vs. )
      )
      )
DANNY SEAVEY, MITCH )
  SEAVEY and JANIE SEAVEY, )    **Case No. 3:06-CV-00111-TMB**
  d/b/a SEAVEY'S IDITARIDE )
  SLED DOG TOURS, INC. )
    Defendants )
      )

### PROOF OF SERVICE

    I certify that on Tuesday, June 13, I sent by first class

mail a copy of the NON-OPPOSITION TO MOTION TO DISMISS TO Sean

Halloran, located at Hatig Rhodes Hoge &Lekisch, P.C., 717 K

Street, Anchorage, Alaska, 99501.

        Respectfully Submitted,

        *Hatton Greer*
        Hatton Greer

Subscribed and Sworn to before me this 13/7 day of June, 2006

at *Kenai* , Alaska.

      *Joyce Sullivan*
      Joyce Sullivan
      My Commission Expires: 4-15-2008

