Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

RECEIVED

JUN 2 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARNE GRISHAM, d/b/a ABEARE PHOTOGRAPHY,<br>    Plaintiff,<br><br>vs.<br><br>DANNY SEAVEY, MITCH SEAVEY and JANINE SEAVEY, d/b/a SEAVEY'S IDITARIDE SLED DOG TOURS, INC.<br>    Defendants | Case No. 3:06-CV-00111-TMB |

## NOTICE TO THE COURT OF OMISSION

COMES NOW the Plaintiff, Arne Grisham, d/b/a Abeare Photography and hereby serves the court with this Notice of Omission. Attached is a copy of a Reply to Opposition to Dismiss that was inadvertently not attached to the recently filed Non-Opposition to Motion to Dismiss.

Date: 6/19/06

Respectfully submitted:

_(signature)_
Mark D. Osterman
Alaska Bar No. 0211064
Hatton G. Greer
Alaska Bar No. 0311057
Attorneys for Plaintiff

Notice to the Court of Omission
Arne Grisham v. Danny Seavey, et al.
Case No. 3KN-05-488 CI

Page 1 of 1