Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

**RECEIVED**

JUN 20 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARNE GRISHAM, d/b/a ABEARE PHOTOGRAPHY,<br>Plaintiff,<br><br>vs.<br><br>DANNY SEAVEY, MITCH SEAVEY and JANIE SEAVEY, d/b/a SEAVEY'S IDITARIDE SLED DOG TOURS, INC.<br>Defendants | Case No. 3:06-CV-00111-TMB |

**PROOF OF SERVICE**

I certify that on Monday, June 19, I sent by first class mail a copy of the NOTICE TO THE COURT OF OMISSION and REPLY TO OPPOSITION TO MOTION TO DISMISS to Sean Halloran, located at Hatig Rhodes Hoge &Lekisch, P.C., 717 K Street, Anchorage, Alaska, 99501.

Respectfully Submitted,

Joyce Sullivan

Subscribed and Sworn to before me this 19 day of June, 2006 at Kenai, Alaska.

Melanie Osterman
My Commission Expires: 4-15-08

