IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARNE GRISHAM, dba ABEARE PHOTGRAPHY,<br><br>               Plaintiff,<br><br>vs.<br><br>DANNY SEAVEY, MITCH SEAVEY and JANINE SEAVEY, and SEAVEY'S IDITARIDE SLED DOG TOURS, INC.<br><br>               Defendants. | Case No. 3:06-CV-00111-TMB |

## ORDER DISMISSING CASE

Danny Seavey, Janine Seavey, and Mitch Seavey moved the court to dismiss this case for lack of subject matter jurisdiction. Docket 5. Plaintiff has non-opposed the motion, noting that registration of the copyright in question is required prior to the filing of a lawsuit. In accordance with 17 U.S.C. § 411, that motion is GRANTED, and this case is hereby dismissed without prejudice.

Dated this 25th day of July, 2006.

/s/ Timothy M. Burgess

Timothy M. Burgess
U.S. District Court Judge